# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02236

Deborah Laufer,
    Plaintiff,
v.
Gravitas - 2450 Larimer, LLC,
    Defendant(s).

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court, or administrative agency.

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

> s/ Suzette M. Marteny Moore
> **Suzette M. Marteny Moore**
> S. Moore Law, PLLC
> 2690 S. Combee Road
> Lakeland, Florida 33803
> Telephone: (863) 229-2140
> E-mail 1: S.Moore@SMooreLaw.com
> E-mail 2: Eservice@SMooreLaw.com
> *Attorney for Plaintiff, Deborah Laufer*