# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02236-NYW

Deborah Laufer,
    Plaintiff,
v.
Gravitas - 2450 Larimer, LLC,
    Defendant(s).

## NOTICE OF SETTLEMENT

Plaintiff, Deborah Laufer, through counsel, files this Notice of Settlement advising that the parties have agreed to settle all claims asserted in this action. The parties are in the process of preparing and executing the necessary settlement documents and request 45 days within which to file a dismissal with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this October 13, 2020.

    s/ Suzette M. Marteny Moore
    **Suzette M. Marteny Moore**
    Of Counsel to Thomas Bacon Law, PA
    2690 S. Combee Road
    Lakeland, Florida 33803
    Telephone: (863) 229-2140
    E-mail 1: S.Moore@SMooreLaw.com
    E-mail 2: Eservice@SMooreLaw.com
    *Attorney for Plaintiff, Deborah Laufer*