UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02236-NYW

Deborah Laufer,
    Plaintiff,
v.

Gravitas - 2450 Larimer, LLC,
    Defendant(s).

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| s/ Suzette M. Marteny Moore | s/: Amanda Halstead |
| **Suzette M. Marteny Moore** | **Amanda Halstead** |
| Of counsel, Thomas Bacon PA | Mills, Halstead Zaloudek |
| 2690 S. Combee Road | 600 Seventeenth Street, Suite 2800 |
| Lakeland, Florida 33803 | Denver, Colorado 80202 |
| Telephone: (863) 229-2140 | (303) 725-4839 |
| E-mail 1: S.Moore@SMooreLaw.com | ahh@mhzlegal.com |
| E-mail 2: Eservice@SMooreLaw.com | Counsel for Defendant, Gravitas - 2450 Larimer, LLC |
| *Attorney for Plaintiff, Deborah Laufer* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2020, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

    s/ Suzette M. Marteny Moore
    **Suzette M. Marteny Moore**
    S. Moore Law, PLLC
    2690 S. Combee Road
    Lakeland, Florida 33803
    Telephone: (863) 229-2140

2

E-mail 1: S.Moore@SMooreLaw.com
E-mail 2: Eservice@SMooreLaw.com
*Attorney for Plaintiff, Deborah Laufer*